COURTROOM MINUTES- ORDER
JUDGE NANCY K. JOHNSON   PRESIDING
DATE: Sept. 6, 2007
ERO:  B. Laswell
MORNING                                          AFTERNOON       2:00 - 2:35

********************************************************************************

CIVIL NO:  H-07-1644

APPEARANCES:

| | | |
|---|---|---|
| Robert A. Brunig, | § | Robert Brunig |
| | § | |
| vs. | § | |
| | § | |
| John S. Clark, et al. | § | Ron Galloway |

********************************************************************************

DOCKET ENTRY
NKJ:  Motion Hearing

Arguments heard on the record. Docket Entry #11 and #25 - Motions to Dismiss are taken under advisement. Docket Entry #12 - Motion for Extension of Time is moot.. Docket Entry #22 - Motion to Strike is denied..  All disclosures are stayed until the court rules on the pending dispositive motions. Docket Entry #23 and #24 - Motions to Compel Disclosures are denied at this time.

Nancy K. Johnson
United States Magistrate Judge